# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Mark and MariBeth Johnsrud, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> Burlington Resources Oil and Gas Co. ) <br> L.P, ) <br> ) <br> Defendants. ) | **ORDER AMENDING PRETRIAL DEADLINES** <br><br> Case No. 1:17-cv-209 |

Having reviewed the parties' revised scheduling/discovery plan, see Doc. No. 40, the court **AMENDS** the pretrial deadlines as follows:

1. The parties shall have until July 31, 2019, to complete fact discovery and to file discovery motions. All written discovery requests must be served sufficiently in advance to allow the responses to come due on or before the deadline.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) by August 23, 2019. Rebuttal experts and reports will be disclosed by September 20, 2019.

3. The parties shall have until October 25, 2019, to complete discovery depositions of expert witnesses.

4. The parties shall have until November 15, 2019, to file other dispositive motions (summary judgment as to all or part of the case).

**IT IS SO ORDERED.**

Dated this 27th day of September, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court