# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Mark and MariBeth Johnsrud, | ) |
|       Plaintiffs, | ) |
| vs. | ) **ORDER** |
| Burlington Resources Oil and Gas Co., LP, | ) |
|       Defendant. | ) Case No. 1:17-cv-209 |

Before the court is a stipulation filed by the parties on October 19, 2018. The parties seeks to stay all pretrial deadlines pending a settlement conference set for December 12, 2018. The court **ADOPTS** the stipulation (Doc. No. 45). The above-entitled action shall be stayed until January 14, 2019.[1] On January 14, 2019, both parties shall submit their responses to any outstanding discovery. Plaintiff's reply in support of their Motion to Amend is due by January 28, 2019.

**IT IS SO ORDERED.**

Dated this 26th day of October, 2018.

                                                    */s/ Charles S. Miller, Jr.*
                                                    Charles S. Miller, Jr., Magistrate Judge
                                                    United States District Court

---

[1] The parties have agreed that either side may dissolve the stay by providing written notice notice to opposing counsel. Should a party seek to dissolve the stay prior to January 14, 2019, that party should so advise the court.