# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Mark and MariBeth Johnsrud, | ) | |
| --- | --- | --- |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| Burlington Resources Oil and Gas Co., LP, | ) | Case No. 1:17-cv-209 |
| Defendant. | ) | |

On April 26, 2019, the parties participated in a settlement conference during which they reached agreement resolving the matters in dispute. On May 31, 2019, the court stayed all pending case deadlines and ordered the parties to submit a status report within 30 days. On July 1, 2019, the parties filed a Joint Status Report in which they advised that they had exchanged drafts of a proposed agreement and were continuing to finalize the details. The parties shall submit another status report by September 6, 2019, to update the court on where things presently stand.

**IT IS SO ORDERED.**

Dated this 20th day of August, 2019.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court